IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00327-WDM-BNB

WILLIAM FURISTER,

Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC,
COMCAST OF COLORADO I, LLC,
COMCAST CORPORATION,
COMCAST MO GROUP, INC., and
COMCAST,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion Requesting Permission to Withdraw** [docket no. 14, filed April 16, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorney Robyn W. Farmer is withdrawn from the representation of defendants in this case and is to be removed from the electronic filing.

DATED:  April 17, 2007