IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00327-WDM-BNB

WILLIAM FURISTER,

Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC,
COMCAST OF COLORADO I, LLC,
COMCAST CORPORATION,
COMCAST MO GROUP, INC., and
COMCAST,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order, modified as discussed this morning, on or before **April 23, 2007**.

Dated April 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge