IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00327-WDM-BNB

WILLIAM FURISTER,

Plaintiff,

v.

COMCAST CABLE HOLDINGS, LLC,
COMCAST OF COLORADO I, LLC,
COMCAST CORPORATION,
COMCAST MO GROUP, INC., and
COMCAST,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Amend Scheduling Order to Extend Defendant's Time for Designating Expert Witnesses** [docket no. 25, filed June 28, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART and expert witness disclosures as extended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 31, 2007**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 28, 2007**.

DATED: June 29, 2007